BEFORE THE SECOND DIVISION, MAY 1, 1962

No. 66730.—John L. Westland & Son, Inc. v. United States, protest 58/25703 (Los Angeles).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of 600 dozen stainless steel cocktail forks, which have stainless steel handles, are not specially designed for other than household, kitchen, or butchers' use, and are under 4 inches long, exclusive of handle, the claim of the plaintiff was sustained.